UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME BROWN, | ) Case No. SACV 08-1087-AHS(RC) |
| Petitioner, | ) |
| vs. | ) |
| | ) JUDGMENT |
| BEN CURRY, | ) |
| Respondent. | ) |

Pursuant to the Opinion and Order on a Petition for Habeas Corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus is SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED:  October 2, 2008

ALICEMARIE H. STOTLER
_____
ALICEMARIE H. STOTLER
CHIEF UNITED STATES DISTRICT JUDGE

R&R-MDO\08-1087.jud
10/1/08